PROB 12B
(7/93)

Report Date: March 19, 2012

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Michael G. Teasley | Case Number: 2:07CR00039-001 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: November 20, 2007 | Type of Supervision: Supervised Release |
| Original Offense: Manufacturing an Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(f), 5871; Felon in Possession of Ammunition, 18 U.S.C. § 922(g) and 924(a)(2) | Date Supervision Commenced: March 27, 2012 |
| Original Sentence: Prison - 46 Months; TSR - 36 Months | Date Supervision Expires: March 26, 2015 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Mr. Teasley was sentenced to 46 months imprisonment followed by 3 years of supervised release. While in the custody of the Bureau of Prisons, the offender refused a RRC placement indicating that he had a place to reside upon release from custody. Mr. Teasley supplied the name and address of a girlfriend, and his ex-wife, for possible release addresses. Neither party is willing to have Mr. Teasley come and reside with them. Mr. Teasley has no current place to live and does not have employment. Subsequently, Mr. Teasley needs placement at the RRC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/19/2012

Anne Sauther

U.S. Probation Officer

Prob 12B
**Re: Teasley, Michael G**
**March 19, 2012**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[x]   The Modification of Conditions as Noted Above
[ ]   Other

s/ Fred Van Sickle
_____
Signature of Judicial Officer

3/19/12
_____
Date

PROB 49
(5/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

20   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: _____
U.S. Probation Officer

Signed: _____
Michael G Teasley
Probationer or Supervised Releasee

March 12, 2012
Date