PROB 12C
(7/93)

Report Date:  June 3, 2014

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael G. Teasley     Case Number: 2:07CR00039-FVS-1

Address of Offender: ███████████, Spokane, WA  99205

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: November 20, 2007

Original Offense:     Manufacturing an Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(f), 5871; Felon in
                      Possession of Ammunition, 18 U.S.C. §§ 922(g) and 924(a)(2)

Original Sentence:    Prison 46 months;          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Jared C. Kimball           Date Supervision Commenced: March 29, 2012

Defense Attorney:     Federal Defenders Office   Date Supervision Expires: March 28, 2015

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1          **Standard Condition #2**: The defendant shall report to the probation officer and shall submit
           a truthful and complete written report within the first 5 days of each month.

           **Supporting Evidence**: Michael Teasley failed to submit a truthful written monthly report
           before May 5, 2014.

           On May 12, 2014, Mr. Teasley submitted a written monthly report.  He listed his address as
           407 West Indiana in Spokane, Washington.  The undersigned officer spoke with Mr. Teasley
           on May 12, 2014, and was informed that he will be living with his wife, Gerry Lynn, until
           he can find his own residence.  Mr. Teasley told the undersigned officer that he has been
           staying at Ms. Lynn's residence since May 6, 2014.

           On May 29, 2014, the undersigned officer attempted to contact Mr. Teasley at 407 West
           Indiana.  Gerry Lynn stated that the defendant had not been living at her residence. She
           indicated the defendant told her he was going to submit her address to his U.S. probation
           officer, but had never stayed with her.  Ms. Lynn stated that she does not know the
           defendant's whereabouts and has not spoken to him for 2 weeks.

**Prob12C**
**Re: Teasley, Michael G.**
**June 3, 2014**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/03/2014
_____

s/Patrick J. Dennis
_____

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

6/4/14
_____
Date