PROB 12C
(7/93)

Report Date: November 20, 2014

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael G. Teasley            Case Number: 2:07CR00039-RMP-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: November 20, 2007

| | |
|---|---|
| Original Offense: | Manufacturing an Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(f), 5871; Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g) and 924(a)(2) |
| Original Sentence: | Prison - 46 months; TSR - 36 months |
| Asst. U.S. Attorney: | Jared C. Kimball |
| Defense Attorney: | John Barto McEntire, IV |

Type of Supervision: Supervised Release

Date Supervision Commenced: March 29, 2012

Date Supervision Expires: March 28, 2015

## PETITIONING THE COURT

To request a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on June 3, 2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On November 14, 2014, the undersigned officer called the Union Gospel Mission to speak with Mr. Teasley. The Union Gospel Mission staff notified me that Mr. Teasley checked out of their facility on November 10, 2014. They stated that he was involved in a conflict with another resident and was asked to leave.<br><br>Mr. Teasley failed to notify the U.S. Probation Office of any change in address. As of the date of this report, Mr. Teasley's whereabouts are unknown. |

Prob12C
Re: Teasley, Michael G.
November 20, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/20/2014

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Offender to appear before the Judge assigned to the case.
[ ]  Offender to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

11/20/2014

Date